**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Shanceline Ambeng Teke, | No. CV-26-01233-PHX-SPL (JZB) |
| Petitioner, | **ORDER** |
| v. | |
| Unknown Party, | |
| Respondent. | |

Petitioner challenged her present immigration detention without a constitutionally adequate bond hearing. (Doc. 1.) The Court directed Respondents to answer the Petition. (Doc. 3.) Respondents' response stated

> Respondents do not oppose Petitioner's request for a bond hearing under 8 U.S.C. § 1226(a).

(Doc. 5.) The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus petition as to her request for a bond hearing.

**IT IS THEREFORE ORDERED** Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted** as to her request for a bond hearing.

**IT IS FURTHER ORDERED** Respondents must provide Petitioner a bond redetermination hearing within seven days or release Petitioner from custody under the same conditions that existed before Petitioner's detention.

**IT IS FURTHER ORDERED** Respondents must provide a notice of compliance within three days of releasing Petitioner or providing Petitioner a bond hearing.

**IT IS FINALLY ORDERED** any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 26th day of March, 2026.

Honorable Steven P. Logan
United States District Judge